UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

**Joanne E Ackerman,**

              Debtor(s).
_____/

Chapter 7
Case No.: 18-51298-pjs
Hon. Phillip J Shefferly

## ORDER FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY) AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(a)(3)

**WHEREAS** Movant, Bank of America, N.A., having filed a Motion for Relief from the Automatic Stay (Real Property) and Notice and Opportunity for Hearing having been submitted and no objections having been filed hereto;

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is lifted for all purposes allowed by law, the Note, the Mortgage, and applicable law, including but not limited to the right to foreclose allowing Movant (and any successors and assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the property located at 630 E 3rd St, Monroe, MI 48161.

**Signed on February 04, 2019**



/s/ Phillip J. Shefferly
_____
**Phillip J. Shefferly
United States Bankruptcy Judge**