Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 18−51298−pjs
Chapter: 7
Judge: Phillip J Shefferly

In Re: (NAME OF DEBTOR(S))
   Joanne E Ackerman
   1916 Norvel Road
   Grass Lake, MI 49240

Social Security No.:
   xxx−xx−0928

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*31* − Application to Employ BK GLOBAL REAL ESTATE SERVICES as Real Estate Services Filed by Trustee Douglas Ellmann (Ellmann, Douglas)

will be held on: 6/28/19 at 09:30 AM at Courtroom 1975, 211 West Fort Street Bldg., ACROSS THE STREET FROM FEDERAL BUILDING, Detroit, MI 48226

Dated: 6/4/19

                                            BY THE COURT

                                            Katherine B. Gullo, Clerk of Court
                                            U.S. Bankruptcy Court