UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

Joanne Ackerman

Case No.: 18-51298-PJS

Chapter 7
Judge: Hon. Phillip J. Shefferly

Debtor(s).
_____/

## STIPULATION WITHDRAWING TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES

The parties agree to the attached order.

Dated: June 12, 2019

| | |
|---|---|
| /s/ Douglas S. Ellmann | /s/Crystal Price-Buckley |
| Douglas S. Ellmann (P34617) | Crystal Price-Buckley P69921 |
| Ellmann & Ellmann, P.C. | Attorneys for Nationstar Mortgage LLC |
| 308 West Huron | d/b/a Mr. Cooper |
| Ann Arbor, MI 48103 | 31440 Northwestern Highway, Ste. 145 |
| (734) 668-4800 | Farmington Hills, MI 48334-2525 |
| dse@ellmannlaw.com | (248) 642-2515 |
| | cpbuckley@trottlaw.com |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

Joanne Ackerman

Case No.: 18-51298-PJS

Chapter 7
Judge: Hon. Phillip J. Shefferly

Debtor(s).
_____/

## ORDER APPROVING STIPULATION WITHDRAWING TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES

The Court having reviewed the Stipulation between the affected parties,

IT IS HEREBY ORDERED that the Trustee's Motion to Employ BK Global Real Estate Services is withdrawn without prejudice.