UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

In the matter of:

Joanne Ackerman

Case No.: 18-51298-PJS

Chapter 7
Judge: Hon. Phillip J. Shefferly

Debtor(s).
_____/

## ORDER APPROVING STIPULATION WITHDRAWING TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES

The Court having reviewed the Stipulation between the affected parties,

IT IS HEREBY ORDERED that the Trustee's Motion to Employ BK Global Real Estate Services is withdrawn without prejudice.

**Signed on June 12, 2019**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge